## AMMON v. DeMAYO.
### No. 2083.

Court of Civil Appeals of Texas. Eastland.
Jan. 31, 1941.

Shead & Smith, of Longview, for appellant.

H. P. Smead, of Longview, for appellee.

LESLIE, Chief Justice.

This is a suit by plaintiff, Frank DeMayo, against Jack Ammon to recover on

a promissory note and to foreclose a chattel mortgage lien securing the same. The trial court rendered a judgment in favor of the plaintiff as prayed for, and the defendant has appealed. The cause is before this court without having been briefed by either party. The appeal is therefore dismissed. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.